UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICKY JONES,

       Petitioner,        Case Number 2:12-CV-11770

v.        Honorable George Caram Steeh

DEBRA SCUTT,

       Respondent.
_____/

## **JUDGMENT**

The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable George Caram Steeh, United States District Court Judge, presiding, and in accordance with the Opinion and Order entered on December 4, 2012,

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED.

IT IS FURTHER ORDERED AND ADJUDGED that a Certificate of Appealability and leave to appeal in forma pauperis are DENIED.

                DAVID J. WEAVER
                CLERK OF THE COURT

                By:    Marcia Beauchemin
                         Deputy Clerk

Dated: December 4, 2012

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record and on Ricky Jones #170445, G. Robert Cotton Correctional Facility, 3500 N. Elm Road, Jackson, MI 49201 on December 4, 2012, by electronic and/or ordinary mail.

s/Barbara Radke
Deputy Clerk