UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICKY JONES,

           Petitioner,                CIVIL ACTION NO. 12-11770
                                          HONORABLE GEORGE CARAM STEEH

    v.

DEBRA SCUTT,

           Respondent.

_____/

## ORDER DENYING MOTION FOR
## CERTIFICATE OF APPEALABILITY [DKT. # 12] AS MOOT

      This is a habeas case under 28 U.S.C. § 2254.  Petitioner filed a pro se petition

for writ of habeas corpus raising several claims for relief.  On December 4, 2012, the

Court issued an Opinion and Order dismissing the petition.  The Opinion also

specifically denied Petitioner a certificate of appealability.

      Before the Court is Petitioner's "motion for a certificate of appealability."  If it was

Petitioner's intention to file this motion in the Sixth Circuit, he filed it in the wrong court.

This Court has already determined in the opinion dismissing the petition that Petitioner

is not entitled to a certificate of appealability.   The motion is therefore DENIED AS

MOOT.

      **SO ORDERED.**

Dated:  January 30, 2013

                                   s/George Caram Steeh_____
                                   GEORGE CARAM STEEH
                                   UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
January 30, 2013, by electronic and/or ordinary mail and also
on Ricky Jones, #170445, G. Robert Cotton Correctional
Facility, 3500 N. Elm Road, Jackson, MI 49201.


s/Barbara Radke
Deputy Clerk